DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

21 AUGUST 2015

| 223P15 | State v. Robert Bishop | 1. Def's Motion for Temporary Stay (COA14-227) | 1. Allowed **07/02/2015** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. Def's Notice of Appeal Based Upon a Constitutional Question | 3. — |
| | | 4. Def's PDR Under N.C.G.S. § 7A-31 | 4. Allowed |
| | | 5. Def's Petition for *Writ of Certiorari* in the Alternative | 5. Dismissed as moot |
| | | 6. State's Motion to Dismiss Appeal | 6. Allowed |
| 226P15 | State v. Dammion Lamont Martin | 1. State's Motion for Temporary Stay (COA14-1179) | 1. Allowed **07/06/2015** Dissolved **08/20/2015** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 227P15 | State v. Salvador Quinonez | Def's PDR Under N.C.G.S. § 7A-31 (COA14-680) | Denied |
| 228A15 | North Carolina Association of Educators, Inc.; Richard J. Nixon; Rhonda Holmes, Brian Link, Annette Beatty, Stephanie Wallace, and John Deville v., The State of North Carolina | Motion to Admit Philip A. Hostak *Pro Hac Vice* | Allowed |
| 228A15 | North Carolina Association of Educators, Inc.; Richard J. Nixon; Rhonda Holmes, Brian Link, Annette Beatty, Stephanie Wallace, and John Deville v., The State of North Carolina | 1. Def-Appellant's Notice of Appeal Based Upon a Dissent (COA14-998) | 1. — |
| | | 2. Def-Appellant's PDR as to Additional Issues | 2. Allowed |
| 229P15 | State v. Christopher Lee King | 1. Defendant-Appellant's Motion for Temporary Stay | 1. Allowed **07/07/2015** Dissolved **08/20/2015** |
| | | 2. Defendant-Appellant's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Defendant-Appellant's PDR Under N.C.G.S. § 7A-31 | 3. Denied |